THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-cr-00152-JHC |
| Plaintiff, | |
| vs. | ORDER |
| EDDY GARCIA-FERNANDEZ, | |
| Defendant. | |

THIS MATTER comes before the court on Defendant Eddy Garcia-Fernandez's Motion to Continue Trial Date and Pretrial Deadlines. The court has considered the reasons for the motion and the file herein. The court finds the defense needs additional time to prepare for trial.

Based on these findings, the court concludes that the continuance of the trial date sought by the parties serves the ends of justice. Further, the ends of justice served by a continuance of this matter from November 18, outweighs the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Proceeding to trial absent adequate time for the defense to prepare could result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Taking into account the exercise of due diligence, a continuance is

ORDER GRANTING DEFENDANT'S MOTION TO
CONTINUE TRIAL DATE AND PRETRIAL DEADLINES
2:24-CR-00152-JHC
PAGE 1


Puget Law Group
938 Broadway
Tacoma WA 98402
TEL 253 627 4696
FAX 253 617 1013

necessary to allow the defendant the reasonable time for effective preparation for his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS HEREBY ORDERED that the Defendant Eddy Garcia-Fernandez's Motion to Continue the Trial Date and Pretrial Motions Deadlines is GRANTED.  The Trial Date is continued to May 19, 2025.  The pretrial motions cutoff date is continued until April 7, 2025. Responses to motions shall be due pursuant to Local Criminal Rule 12(b).

IT IS FURTHER ORDERED that the time from the date of this order until the new trial date of May 19, 2025 shall be excluded in counting the time within which trial of this case must commence pursuant to 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

Signed this 9th day of October, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

/s/Dawn Farina
DAWN FARINA, WSBA #18333
Attorney for Defendant

ORDER GRANTING DEFENDANT'S MOTION TO
CONTINUE TRIAL DATE AND PRETRIAL DEADLINES
2:24-CR-00152-JHC
PAGE 2



PUGET LAW GROUP
938 BROADWAY
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013